AO 442 (Rev 01/09) Arrest Warrant

9658497

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-cr-00018 |
|  | ) Assigned To : Howell, Beryl A. |
| RONALD YARBOROUGH | ) Assign. Date : 1/9/2024 |
|  | ) Description: INDICTMENT (B) |
| Defendant | ) |

U.S. MARSHAL-DC
RECEIVED JAN 9 '24

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    RONALD YARBOROUGH,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

Date: 01/09/2024

2024.01.09
10:49:39
-05'00'

*Issuing officer's signature*

City and state:   Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/9/24, and the person was arrested on *(date)* 1/10/24
at *(city and state)* Washington DC.

Date: 1/11/24

N. U.
*Arresting officer's signature*

Nathan Wolfe   DUSM
*Printed name and title*